**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALOMA HOLSTEN,

                        Plaintiff,

                  -v-

BARCLAYS BANK DELAWARE,
d/b/a BARCLAYS GROUP and
BARCLAYS, LLC,
and
BARCLAYS SERVICES LLC,
d/b/a BARCLAYS GROUP and
BARCLAYS, LLC,

                     Defendants.

: : : : : : : : : : : : : : : :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF REMOVAL**

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

1.      Defendants Barclays Bank Delaware and Barclays Services LLC ("Defendants" or "Barclays") through their attorneys, Epstein Becker & Green, P.C., file this Notice of Removal of this action, which is currently pending in the Circuit Court of the County of Henrico, Virginia, to the United States District Court for the Eastern District of Virginia. The grounds for removal are as follows:

**PROCEDURAL HISTORY**

2.      Plaintiff commenced this civil action in the Circuit Court of the County of Henrico, Virginia, Case No. CL25009325-00, by filing a Complaint on or about December 23, 2025 (the "Complaint"). Attached as Exhibit A is a true and correct copy of the Complaint filed by Plaintiff in this action.

3.    Plaintiff alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*., and the Virginia Human Rights Act § 2.2-3905. *See* Exhibit A.

4.    This action is removable from the Circuit Court of the County of Henrico, Virginia, to this Court pursuant to 28 U.S.C. § 1441(a) because the Complaint raises a claim under the laws of the United States over which this court has original jurisdiction pursuant to 28 U.S.C. § 1331.

5.    Plaintiff has not served or otherwise provided a copy of the Complaint to Defendants. Defendants obtained a copy of the Complaint through a third-party docketing notification system.

6.    Plaintiff also has not served or otherwise provided Defendants with a copy of any summons related to this action. To the extent any such summons exists, Defendants do not have a copy.

7.    Accordingly, this notice has been filed within the time provided by 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

## PARTIES

8.    As alleged in the Complaint, Plaintiff Aloma Holsten is an individual with a principal place of residence in Henrico County, Virginia.

9.    Barclays Bank Delaware, a wholly owned subsidiary of Barclays PLC, is a financial institution organized and existing under the laws of the State of Delaware. Its principal place of business is at 125 South West Street, Wilmington, Delaware 19801.

10.    Barclays Services LLC, a wholly owned subsidiary of Barclays Bank Delaware, is a limited liability company organized and existing under the laws of the State of Delaware. Its principal place of business is at 745 Seventh Avenue, New York, New York 10019.

**BASIS FOR REMOVAL**

11.     Plaintiff alleges that, at all times relevant to the complaint, she was employed by Barclays. The federal claims asserted arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. and the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Because Plaintiff seeks relief under federal statutes, this action is removable from the Circuit Court of the County of Henrico, Virginia, to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367(a).

12.     Pursuant to 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's claim arising under the Virginia Human Rights Act § 2.2-3905. This claim also arises from Plaintiff's employment at Barclays. Count I, Count II and Count III of the Complaint cite both Title VII and the VHRA in connection with Plaintiff's claims of sex discrimination, sex-based hostile work environment and retaliation. Count IV and Count V cite both the ADA and VHRA with respect to her claim for disability discrimination and disability-based retaliation. Accordingly, there is complete overlap between the allegations and the federal and state claims. Further, the Complaint does not raise a novel or complex issue of Virginia law or substantially predominate over Plaintiff's alleged claims arising under federal law, and there are no exceptional circumstances or compelling reasons to decline to exercise supplemental jurisdiction.

13.     Accordingly, this entire action is removeable to this Court.

14.     Upon filing of this notice, Defendant will give written notice to Plaintiff's attorney and will file a copy of this notice with the Clerk of the Circuit Court for Henrico County, Virginia.

WHEREFORE, Defendants remove this action now pending against it in the Circuit Court for Henrico County, Virginia to the United States District Court for the Eastern District of Virginia.

Dated: February 23, 2026

EPSTEIN BECKER & GREEN, P.C.

By: _____*/s/ Paul DeCamp*_____
    Paul DeCamp (VA Bar No. 76204)
1227 25th Street, NW
Suite 700
Washington, DC 20037
Tel: 202.861.0900
Fax: 202.296.2882
pdecamp@ebglaw.com